**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1531**

_____

LORRAINE KING,

Plaintiff – Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant – Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  R. Clarke VanDervort, Magistrate Judge.  (5:09-cv-01515)

_____

Submitted:  September 27, 2011      Decided:  October 17, 2011

_____

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lorraine King, Appellant Pro Se.  Shannon G. Petty, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorraine King appeals the magistrate judge's order affirming the Commissioner's decision to deny King disability and supplemental security income insurance benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. King v. Astrue, No. 5:09-cv-01515 (S.D.W. Va. Mar. 3, 2011 & July 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge. See 28 U.S.C. § 636(c) (2006).